In the Matter of the Application of SAMUEL CAPONI, Appellant, for the Return of Two Certain Revolvers, etc. DISTRICT ATTORNEY OF THE COUNTY OF QUEENS, Respondent.— Order of the County Court of Queens county affirmed. This proceeding can be maintained only in the court where the criminal action is pending, and should be entitled in that action. The County Court was without jurisdiction to entertain the application. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., concurs for affirmance solely upon the ground that a proceeding cannot be maintained for the return of the revolvers which, concededly, the relator possessed illegally.

In the Matter of the Estate of DANIEL O'CONNOR, Deceased.— Order of the Surrogate's Court of the county of Richmond, allowing claim, reversed on the law, and proceeding dismissed. The claimant not having objected to the form of the answer, to wit, that it was not in writing and not verified, as required by law, and having proceeded to trial on the oral answer as transcribed in the record, waived the provision of the statute requiring that the answer be in writing and verified. (*Matter of Corbett*, 90 Hun, 182.) As the answer formally rejected the claim, the court should have dismissed the proceeding. (See *Matter of Robinson*, Foley, S., N. Y. L. J. Jan. 12, 1924, p. 1317.* See, also, Jessup-Redfield's Surr. [1925 ed.] § 825, and cases therein cited.) Kelly, P. J., Jaycox, Kelby and Young, JJ., concur; Rich, J., absent and not voting. Settle order on notice.

ROBERT J. JONES, Doing Business under the Firm Name and Style of SENO MANUFACTURING COMPANY, Respondent, v. DELMER D. MARTIN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

DAVID JOYCE, Respondent, v. SAMUEL J. KATZBERG, Appellant.— Judgment unanimously affirmed, with costs. The attack made upon plaintiff in the appellant's brief is gratuitous, unwarranted and scurrilous. It is a statement wholly without proof, and has no place in the files of this court. We, therefore, direct that the appellant's brief, and brief in reply which reiterates the same language and attempts to justify its use, be stricken from the files of this court. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOSEPH JURENKA, Appellant, v. AUGUST GUYDUSEK, Respondent.— Order denying motion to modify the grounds upon which the complaint was dismissed herein, and to add thereto " for failure of proof but not upon the merits and without prejudice " reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

THOMAS KELLMAN, Appellant, v. ZYGMUNT KROPLINSKI, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOSEPH G. LAVINE, Respondent, v. BRONX BUILDERS MACHINE Co., INC., and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MARTIN LILKENDEY, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

---

* Citing Surr. Ct. Act, §§ 217, 258, 259.— [REP.